United States District Court
For the District of Southern
Texas.

MISCELLANEOUS
B 03-010

Francisco Cruz
Solorzano A019-628-298

V.S.

Acting I.N.S. District
Director

Civil Action Number

United States District Court
Southern District of Texas
FILED
APR 2 8 2003
Michael N. Milby
Clerk of Court

Judge

Magistrate Judge.

Application for Federal Writ of
Habeas Corpus Under 28 U.S.C. § 2241

1)- Present place of confinement; Guadalupe County Jail 2617 North Guadalupe St. Seguin, Texas 78155-7356 pursuant to a contractual agreement with my custodian, the Acting I.N.S. District Director for Texas.

2)- Indicate the basic for your petition and complete the portions of the application form indicated:

a- ____ Conviction
b- ____ A sentence
c- ____ Prison discipline
d- ____ A parol problem

Francisco Cruz A019 628 298          page 2 of 8

CONT.

E. _____ A detainer placed by the State of _____

F. _____ A deportation order or detainer place by the Immigration & Naturalization Service.

G. __X__ Continue detention in the custody of the Immigration & Naturalization Service.

H. _____ Other.

3) Persons challenging a federal conviction or sentence complete this part.

4) Persons challenging a decision by the Parole Commission complete this part.

5) Persons challenging a state detainer complete this part.

6) Persons challenging actions by a Immigration & Naturalization Service complete this part.

A- Have you presented this claim or any other claim concerning the I.N.S. action to the Board of Immigration Appeals?

_____ YES

__X__ NO

CONTINUE

Francisco Cruz A019 628 298    page 3 of 8
cont.

"THE BIA DOES NOT HAVE JURISDICTION OVER POST-ORDER CUSTODY REVIEW. 8 C.F.R. section 241.4 (d)."

7)- THIS SECTION IS TO BE COMPLETED BY ALL PETITIONERS.
Specifics of your claim.

<u>Ground One</u>: My indefinite detention is unlawful. THE I.N.S. HAS NO STATUTORY AUTHORITY TO INDEFINITELY DETAIN ME, BECAUSE MY REMOVAL CANNOT BE EFFECTUATED IN THE REASONABLY FORE-SEEABLE FUTURE. Zadvydas v. Davis, 533 U.S. 678 (2001) AND THERE ARE PROVISIONS ALLOWING FOR TERM-INATION OF ASYLEE STATUS ON THE BASIC OF CRIMINAL OFFENSES, SEE 8 C.F.R. 208.24, BUT NOT FOR TERMINATION OF REFUGEE STATUS. SEE 8 C.F.R. 207.9

<u>Supporting Facts</u> - I.N.S. DOES NOT HAVE DIPLOMATIC RELATIONS WITH MY COUNTRY AND UNITED STATES, MY CONSULATE HAS INFORMED ME THAT DUE TO MY LEGAL RESIDENCE IN U.S. SINCE 1969 (34 YRS) <u>to DATE THEY DO NOT CONSIDER ME A RESIDENT OF</u>
CONT.

Francisco Cruz A019 628 298          page 4 of 8
cont.

Cuba and that at the time of my arrival in U.S. at 1969 thru Miami/port of entry I was a minor of 10 yrs who came with refugee status to reside in U.S with my father, due to the death of my mother in Cuba.
My father was a legal resident of U.S. and resident at New Jersey.
There is an order of deportation entered out of Miami, Florida on 3/14/97 against me. It states that my filing 212(c) was abandoned. I have never file or did anyone file on my behalf this 212(c) consideration. I was not present at this order of the judge against me. I never got any notice of the hearing in Miami 3/14/97 as I was residing in Orlando Florida a short distance away.
And finally this order was signe into effect 3/14/97 and deports me to my home country of Cuba and I.N.S. deported me to Mexico causing conflict and lots of problems. On Augst of 1997.

cont.

Francisco Cruz A019 628 298  Page 5 of 8
cont.

At the time of my deportacion I turned over to I.N.S. my legal permanent resident card # A019-628-298 and my Florida drivers lic # C620-240-58-060 (valid) and my Social Security # 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 items that were kept by INS officers that clearly ~~identify~~ I.D. me as resident of U.S.

Ground Two: My indefinite detention by respondent I.N.S. is in violation of my rights to procedural and substantive due process, as guaranteed by the Fifth Amendment to the United States Constitution. Specifically, my indefinite detention deprives me of my right to be free from bodily restraint. I have also been deprived of a timely and meaningful opportunity to demostrate why I should not be detained cousing a punishment also to my family.

cont.

Francisco Cruz 019628298          page 6 of 8
cont.

SUPPORTING FACTS: I HAVE TRIED TO COOPERATE WITH I.N.S., I HAVE INFORMED THEM OF ALL MY IMMIDIATE FAMILY MEMBERS WHO ARE U.S. CITIZEN AND I HAVE ASK ON MANY OCCASIONS THAT MY CASE SHALL BE TRANSFER TO I.N.S. HEADQUATERS FOR REVIEW. I DO NOT RECEIVE ANY RESPONDE IN ANY ORDER.

GROUND THREE: I HAVE EXHAUSTED MY ADMINISTRATIVE REMEDIES TO THE EXTEND REQUIRED BY LAW, AND MY ONLY REMEDY IS BY WAY OF THIS JUDICIAL ACTIONS.

Supporting Facts: I HAVE TOLD I.N.S OFFICERS RIGHT FROM MY ARREST THAT I WANT TO GIVE THEM INFORMATION ON MANY ORGANISATIONS THAT ARE IN FACT STILL FUNTIONING IN AND AROUND THE BORDER BOTH LOCALLY HERE IN TEXAS AND IN ARIZONA ON BOTH SIDES OF THE BORDER. DRUGS AND TRAFFIC IN PEOPLE AND CHILDREN BY FAMILIES LOCALLY LIVING IN U.S. I HAVE WROTE I.N.S. AND ASK TO BE PLACED ON THE ELECTRONIC DEVICE SUPERVISION
cont.

Francisco Cruz 019628298        page 7 of 8
cont.

to reside in Corpus Christi and that I will live a prosperous life with my family while continue to cooperate with the law and help in keeping the country safe and drug free for my children as well as yours.

GROUND FOUR; My detention is unlawful under 8.C.F.R section 241.4 because I am not a flight risk, and I do not present a danger to public safety. It is all docket in all major law enforcement agencies across the country which I have helped in drug cases make arrest and convictions. To name a few F.B.I, D.E.A, Secret Service, Florida Marine Patrol, Florida Dept of Law Enforcement, Hialiah Police, Broward Sheriff, Pompano Beach Police, Miami Dade Police, Homestead Police, Ft Laud. Police Dept and many more that since 1987 I have helped in any way I can fight the drug war against drugs in our country.

Francisco Cruz 019 628298   page 8 of 8
cont.

SUPPORTING FACTS: I will like to remain in the United States, I have my brother, step mother, sister, sons, daughters and my fiancee all U.S. Citizens who I have to protect and provide for, I need to repair all the damaged done to our relationship and continue to do my best in the bring up of my childrens, I will not avoid being deported in the future and continue to maintain contact with all law enforcement agencies I have contact with.

I am making a promise to this court that I will not in any fashion break the law again, I will love to dedicate the remaining of my years enjoyment of my family. I ask the courts for mercy in there decisions.

I declare under penalty ~~that under~~ under of perjury that the foregoing is true and correct.

April 23 2003                                     [signature]