OPINION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO CRUZ SOLORZANO, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-04-125 |
| § | |
| ACTING INS DISTRICT DIRECTOR, § | |
|     Respondent. § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Petitioner Francisco Cruz-Solorzano's Writ of Habeas Corpus, 28 U.S.C. § 2241. Petitioner was ordered deported to Cuba by the Immigration and Naturalization Service on March 14, 1997. Petitioner filed this writ of habeas corpus contesting his deportation on April 28, 2003 (Doc. No. 1).

The Court, having inquired into the status and location of the Petitioner, has determined that his whereabouts are unknown. Movant was released from custody by the Immigration and Naturalization Service on July 24, 2003. For this reason Petitioner's Writ of Habeas Corpus should be dismissed for lack of prosecution without prejudice.

## NOTICE TO PARTIES

A party's failure to file written objections to the proposed findings, conclusion, and recommendation in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court, provided that the party has been served with notice that such

consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

DONE at Brownsville, Texas this 26th day of January 2006.

_____
Felix Recio
UNITED STATES MAGISTRATE JUDGE