# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Francisco Cruz Solorzano
Guadalupe County Jail INS No.A019628298
2617 North Guadalupe St
Seguin  Tx  78755-7356

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

FEB 1 0 2006

MICHAEL N. MILBY, CLERK OF COURT

Case: 1:04-cv-00125   Instrument: 3   (2 pages)   pty
Date: Jan 26, 2006
Control: 060132037
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

RETURN TO SENDER

RETURN TO SENDER

SAN ANTONIO TX 782

US POSTAGE

MICHAEL N. MILBY, CLERK OF COURT

FEB 10 2006

FILED
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTS