ORDER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO CRUZ SOLORZANO, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-04-125 |
| § | |
| ACTING INS DISTRICT DIRECTOR, § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241 is hereby DISMISSED without prejudice for lack of prosecution.

DONE at Brownsville, Texas this ___1___ day of ___March___, 2006.

Hilda Tagle
United States District Judge