# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS .txs.uscourts.gov
FILED

MAR 13 2006

MICHAEL N. MILBY, CLERK OF COURT



Francisco Cruz Solorzano
Guadalupe County Jail INS No.A019628298
2617 North Guadalupe St
Seguin Tx 78755-7356

---

Case: 1:04-cv-00125   Instrument: 5   (1 pages)   pty
Date: Mar 2, 2006
Control: 06033380
Notice: The attached order has been entered.

ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO CRUZ SOLORZANO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-125 |
| | § | |
| ACTING INS DISTRICT DIRECTOR, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241 is hereby DISMISSED without prejudice for lack of prosecution.

DONE at Brownsville, Texas this ___1___ day of __March__, 2006.

Hilda Tagle
United States District Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED

MAR 13 2006

Michael N. Milby, Clerk of Court

RETURN TO SENDER
RETURN TO SENDER

Hasler
$00.39
Mailed From 03/03/2006
US POSTAGE